FILED
CLERK, U.S. DISTRICT COURT

MAY - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO RODRIGUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>        Respondent. | Case No. CV 09-1550-JHN(JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

      **IT IS HEREBY ORDERED** that: (1) Respondent's Motion to Dismiss Grounds One through Three as untimely be granted; (2) Respondent shall file his Answer to Grounds Four and Five within thirty (30) days of the filing of this Order; (3) Petitioner shall file his Reply within thirty (30) days of the date of service of the Answer.

      **IT IS SO ORDERED.**

DATED: May 3, 2012

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE