1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   ROLANDO RODRIGUEZ,                 )    Case No. CV 09-1550-MWF (JEM)
                                        )
12                Petitioner,           )
                                        )    ORDER ACCEPTING FINDINGS AND
13          v.                          )    RECOMMENDATIONS OF UNITED
                                        )    STATES MAGISTRATE JUDGE
14   FRANCISCO JACQUEZ, Warden,         )
                                        )
15                Respondent.           )
                                        )
16
17          Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the

18   records on file, and the Report and Recommendation of the United States Magistrate

19   Judge.  Petitioner has filed Objections, and the Court has engaged in a de novo review of

20   those portions of the Report and Recommendation to which Petitioner has objected.  The

21   Court accepts the findings and recommendations of the Magistrate Judge.

22          IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied;

23   and (2) Judgment shall be entered dismissing the action with prejudice.

24
25
26   DATED: October 2, 2012                 _____
27                                             MICHAEL W. FITZGERALD
                                               UNITED STATES DISTRICT JUDGE
28